UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.7:12-CR-97-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LAWANDA BOOKER | |

On motion of the Defendant, Lawanda Booker, and for good cause shown, it is hereby ORDERED that the **[DE 38]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 13 day of August, 2013.

TERRENCE W. BOYLE
United States District Judge